Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | TooJay's Colonial, L.L.C. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 65-0596530 |
| 4. | Debtor's address | **Principal place of business**<br><br>c/o TooJay's Management, LLC<br>3654 Georgia Avenue<br>West Palm Beach, FL 33405<br>Number, Street, City, State & ZIP Code<br><br>Palm Beach<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **TooJay's Colonial, L.L.C.**          Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | **A.** *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | **B.** *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.     **7225** |

| | | |
|---|---|---|
| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ■ Chapter 11. *Check all that apply*: |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | |
|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No.    ☐ Yes. |
| | | District _____  When _____  Case number _____ |
| | | District _____  When _____  Case number _____ |

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No    ■ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor **See Attachment**      Relationship _____ |
| | | District _____  When _____  Case number, if known _____ |

Debtor **TooJay's Colonial, L.L.C.**                                      Case number (*if known*)  _____
      Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **TooJay's Colonial, L.L.C.**
      Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/26/2020
           MM / DD / YYYY

X _____  **Edward Maxwell Piet**
Signature of authorized representative of debtor  Printed name

Title  **Authorized Signatory**

**18. Signature of attorney**

X _____  Date  4/29/2020
Signature of attorney for debtor      MM / DD / YYYY

**Michael Goldberg 886602**
Printed name

**Akerman LLP**
Firm name

**350 East Las Olas Boulevard**
**Suite 1600**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone  **954-463-2700**  Email address  **michael.goldberg@akerman.com**

**886602 FL**
Bar number and State

Debtor  **TooJay's Colonial, L.L.C.**                                    Case number (if known)
Name

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | TooJay's Colonial, L.L.C. | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |
| Debtor | TJ Acquisition, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | 20-14793 |
| Debtor | TooJay's Altamonte, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's at Dr. Phillips, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Bakery and Commissary, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Boynton Oakwood Square, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Coral Springs, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Dania Beach, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Downtown Gardens, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Floridas | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Downtown Tampa, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Glades, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Hallandale, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Jupiter, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Lake Worth, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Management LLC | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | 20-1492 |
| Debtor | TooJay's N. Ft. Lauderdale, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Naples, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's of Lake Mary, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's of Ocoee, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's of Sarasota, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's of the Villages, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's of West Boca, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Palm Beach, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Plantation, L.L.C. | | | Relationship to you | Affiliate |
| District | Southern District of Floridas | When | 4/29/20 | Case number, if known | |

| | | | | | |
|---|---|---|---|---|---|
| Debtor | TooJay's Colonial, L.L.C. | | | Case number (*if known*) | |
| | Name | | | | |
| Debtor | TooJay's Stuart, L.L.C. | | | Relationship to you | **Affiliate** |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Vero, L.L.C. | | | Relationship to you | **Affiliate** |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Villages III, L.L.C. | | | Relationship to you | **Affiliate** |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's VLG II, L.L.C. | | | Relationship to you | **Affiliate** |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Waterford Lakes, L.L.C. | | | Relationship to you | **Affiliate** |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's Wellington Commons, L.L.C. | | | Relationship to you | **Affiliate** |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |
| Debtor | TooJay's West Palm Beach, L.L.C. | | | Relationship to you | **Affiliate** |
| District | Southern District of Florida | When | 4/29/20 | Case number, if known | |

**WRITTEN CONSENT OF**
**THE SUBSIDIARIES OF**
**TOOJAY'S MANAGEMENT LLC**

April 28, 2020

The undersigned, being the sole member and manager of each of the entities set forth in <u>Exhibit A</u> hereto (each, a "<u>Company</u>", and collectively, the "<u>Companies</u>"), in lieu of holding a meeting, hereby waives all notices, statutory or otherwise, and consent to and approve the following resolutions:

WHEREAS, the undersigned has considered the circumstances of the business, assets and outstanding liabilities of each Company, and determined that a restructuring is necessary in order to maintain each Company as a going concern.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the undersigned, it is desirable and in the best interests of each Company, its creditors, and other interested parties that a petition be filed by each Company in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED FURTHER, that each of Maxwell Piet, John S. Castle and Eric Korsten (each, an "Authorized Person") is hereby authorized, empowered and directed on behalf and in the name of each Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that such Authorized Person deems necessary, desirable and proper in connection with the commencement of each Company's chapter 11 case (the "Chapter 11 Case"); and

RESOLVED FURTHER, that subject to the Bankruptcy Code, and otherwise applicable law, each Authorized Person shall have all of the right, power and authority to manage and direct the business and affairs of each Company and to do any and all acts on behalf and in the name of each Company that are necessary or convenient to or in furtherance of any decisions within the scope of his authority and any and all actions that are related or incidental to the accomplishment of such actions, all without the consent of any other person or entity, including but not limited to the following: (i) the determination and implementation of an overall strategy in the Chapter 11 Case; (ii) the direction and administration of the Chapter 11 Case and the hiring and direction of each Company's professionals in connection therewith, (iii) the operation and management of each Company at all times during the pendency of the Chapter 11 Case, (iv) the development and adoption of any plan of restructuring or plan of liquidation for each Company, (v) the day-to-day responsibilities of each Company at all times during the pendency of the Chapter 11 Case; (vi) any process to market and sell each Company's assets; (vii) the borrowing of funds from, and provision of guaranties to, and the undertaking of related financing transactions, including the use of cash collateral, with such lenders and on such terms as may be reasonably necessary for the continuing conduct of the affairs of each Company and the paying of related fees and granting of security interests in and liens upon some, all or substantially all of each Company's assets, as may be deemed necessary by such Authorized Person in connection with such borrowings; (viii) making any other decisions or performing any other such acts consistent with operating each Company in the Chapter 11 Case and prosecuting the Chapter 11 Case to a successful conclusion; (ix) any and all action necessary or convenient to or in furtherance of any of the foregoing; and (x) any and all actions related or incidental to the accomplishment of any of the foregoing, in each case without the consent of any other person or entity.

WHEREAS, each Company will require the services of legal, financial, restructuring, and other professionals during the Chapter 11 Case; and

WHEREAS, it is in the best interests of each Company, its creditors, and other interested parties to obtain debtor-in-possession financing in furtherance of the Chapter 11 Case.

NOW, THEREFORE, BE IT RESOLVED, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case;

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to retain the law firm of Akerman LLP ("Akerman") as bankruptcy counsel to represent and assist each Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Akerman;

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to employ any other professionals necessary to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to obtain post-petition financing according to terms which may be negotiated by the management of each Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Company to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf of and in the name of each Company to seek the highest and best value for the assets of each Company, including (a) marketing each Company, its business and its assets, (b) identifying appropriate third party purchasers, strategic and financial, (c) negotiating the terms and conditions of, and entering into one or more appropriate letters of intent, term sheets, or purchase and sale agreements in respect of the assets of each Company or a chapter 11 plan, (d) obtaining any orders, consents or approvals of the Bankruptcy Court and other third parties necessary or appropriate to carry out the transactions contemplated by such agreements or documents, and (e) taking any other actions reasonably necessary in connection therewith;

RESOLVED FURTHER, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of each Authorized Person to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by such Authorized Person to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 Case; and

2

RESOLVED FURTHER, that any and all actions heretofore taken by any Authorized Person on behalf and in the name of any Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

FURTHER RESOLVED, that any party receiving an executed copy, a facsimile or an electronic transmission by e-mail, or similar medium in portable document format or comparable format which contains an electronic image of the document and requisite signatures, of these resolutions may rely hereon; and

FURTHER RESOLVED, that this Written Consent may be executed in one or more counterparts and all of such counterparts shall collectively constitute an original consent.

\* \* \* \* \*

      **IN WITNESS WHEREOF**, the undersigned has executed this Written Consent as of the date first written above.

                                **TOOJAY'S MANAGEMENT LLC**

                                By: _____
                                    Name: Maxwell Piet
                                    Title: President and Chief Executive Officer

**Exhibit A**
**Subsidiaries**

| # | Subsidiary | Type and Jurisdiction of Organization |
|---|---|---|
| 1 | TooJay's Bakery & Commissary, L.L.C. | Florida LLC |
| 2 | TooJay's Palm Beach, L.L.C. | Florida LLC |
| 3 | TooJay's Lake Worth, L.L.C. | Florida LLC |
| 4 | TooJay's Jupiter, L.L.C. | Florida LLC |
| 5 | TooJay's Polo, L.L.C. | Florida LLC |
| 6 | TooJay's Stuart, L.L.C. | Florida LLC |
| 7 | TooJay's Altamonte, L.L.C. | Florida LLC |
| 8 | TooJay's of West Boca, L.L.C. | Florida LLC |
| 9 | TooJay's Colonial, L.L.C. | Florida LLC |
| 10 | TooJay's at Dr. Phillips, L.L.C. | Florida LLC |
| 11 | TooJay's Vero, L.L.C | Florida LLC |
| 12 | TooJay's of Lake Mary, LLC | Florida LLC |
| 13 | TooJay's Waterford Lakes, L.L.C. | Florida LLC |
| 14 | TooJay's Coral Springs, L.L.C. | Florida LLC |
| 15 | TooJay's of Sarasota, L.L.C. | Florida LLC |
| 16 | TooJay's Plantation, L.L.C. | Florida LLC |
| 17 | TooJay's Glades, L.L.C. | Florida LLC |
| 18 | TooJay's of The Villages, L.L.C. | Florida LLC |
| 19 | TooJay's Downtown Gardens, L.L.C. | Florida LLC |
| 20 | TooJay's VLG II, L.L.C. | Florida LLC |
| 21 | TooJay's of Ocoee, L.L.C. | Florida LLC |
| 22 | TooJay's.com, L.L.C. | Florida LLC |
| 23 | TooJay's of Lakeland, L.L.C. | Florida LLC |
| 24 | TooJay's Downtown Tampa, L.L.C. | Florida LLC |
| 25 | TooJay's Villages III, L.L.C. | Florida LLC |
| 26 | TooJay's Hallandale, L.L.C. | Florida LLC |
| 27 | TooJay's West Palm Beach, L.L.C. | Florida LLC |
| 28 | TooJay's Wellington Commons, L.L.C. | Florida LLC |
| 29 | TooJay's Boynton Oakwood Square, LLC | Florida LLC |
| 30 | TooJay's Pembroke Pines, L.L.C. | Florida LLC |
| 31 | TooJay's Naples, LLC | Florida LLC |
| 32 | TooJay's N Ft. Lauderdale, L.L.C. | Florida LLC |
| 33 | TooJay's Dania Beach, L.L.C. | Florida LLC |

Fill in this information to identify the case:

Debtor name: **TOOJAY'S COLONIAL, L.L.C.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Monroe Private Credit Fund A LP c/o Monroe Capital LLC Attn: TooJay's Portfolio Manager 331 S. Wacker Dr.; Ste 6400 Chicago, IL 60606** | | | **Unliquidated** | | | **$6,500,000.00** |
| **Monroe Capital Private Credit Fund III L c/o Monroe Capital LLC 331 S. Wacker Dr., Ste 6400 Chicago, IL 60606** | | | **Unliquidated** | | | **$5,616,143.24** |
| **Monroe Capital Corporation c/o Monroe Capital LLC Attn: Toojay's Portfolio Manager 331 S. Wacker Dr., Suite 6400 Chicago, IL 60606** | | | **Unliquidated** | | | **$4,136,363.63** |
| **Brookside Mezzanine Fund III, L.P. c/o Gregory Foy Brookside Mezzanine Partners 201 Tresser Blvd., Suite 330 Stamford, CT 06901** | | | **Unliquidated** | | | **$3,632,618.00** |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor  **TOOJAY'S COLONIAL, L.L.C.**                                            Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brookside Mezzanine Fund II, L.P.<br>c/o Gregory Foy<br>Brookside Mezzanine Partners<br>201 Tresser Blvd.; Suite 330<br>Stamford, CT 06901 | | | Unliquidated | | | $3,632,618.00 |
| Monroe Capital Private Credit Fund I LP<br>c/o Monroe Capital LLC<br>Attn: TooJay's Portfolio Manager<br>331 S. Wacker Dr.; Ste 6400<br>Chicago, IL 60606 | | | Unliquidated | | | $3,545,454.55 |
| Monroe Capital Private Credit Fund II LP<br>c/o Monroe Capital LLC<br>Attn: TooJay's Portfolio Manager<br>331 S. Wacker Dr., Suite 6400<br>Chicago, IL 60606 | | | Unliquidated | | | $3,121,284.51 |
| Monroe Capital Private Credit Fund III (Unleverage) LP<br>c/o Monroe Capital LLC<br>331 S. Wacker Dr., Ste 6400<br>Chicago, IL 60606 | | | Unliquidated | | | $1,474,765.85 |
| MC Financing SPV I, LLC<br>c/o Monroe Capital LLC<br>Attn: TooJay's Portfolio Manager<br>331 S. Wacker Dr.; Suite 6400<br>Chicago, IL 60606 | | | Unliquidated | | | $1,181,818.19 |

| Debtor | **TOOJAY'S COLONIAL, L.L.C.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Monroe Capital Private Credit Fund II (Unleveraged) LP c/o Monroe Capital 331 S. Wacker Dr., Ste 6400 Chicago, IL 60606** | | | **Unliquidated** | | | **$424,170.03** |
| **Weingarten Realty Investors P.O. Box 924133 Houston, TX 77292** | Alex Evans<br>(407) 563-1131<br>aevans@weingarten.com | | **Unliquidated** | | | **$** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **TOOJAY'S COLONIAL, L.L.C.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

O Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-29-2020    X  _____/s/_____

Signature of individual signing on behalf of debtor

**Edward Maxwell Piet**
Printed name

**AUTHORIZED SIGNATORY**
Position or relationship to debtor

## United States Bankruptcy Court
### Southern District of Florida

In re **TOOJAY'S COLONIAL, L.L.C.**

Debtor(s)

Case No. _____

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the AUTHORIZED SIGNATORY of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **4-29-2020**

_____
Edward Maxwell Piet/AUTHORIZED SIGNATORY
Signer/Title

Brookside Mezzanine Fund II, L.P.
c/o Gregory Foy
Brookside Mezzanine Partners
201 Tresser Blvd.; Suite 330
Stamford, CT 06901

Brookside Mezzanine Fund II, LP
c/o Choate, Hall & Stewart LLP
Attn: Andrew J. Hicky, Esq.
Two International Place
Boston, MA 02110

Brookside Mezzanine Fund III, L.P.
c/o Gregory Foy
Brookside Mezzanine Partners
201 Tresser Blvd., Suite 330
Stamford, CT 06901

Brookside Mezzanine Fund III, L.P.
c/o Choate, Hall & Stewart LLP
Attn: Andrew J. Hicky, Esq.
Two International Place
Boston, MA 02110

MC Financing SPV I, LLC
c/o Monroe Capital LLC
Attn: TooJay's Portfolio Manager
331 S. Wacker Dr.; Suite 6400
Chicago, IL 60606

MC Financing SPV I, LLC
c/o Much Shlist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr.; Sutie 1800
Chicago, IL 60606

Monroe Capital Corporation
c/o Monroe Capital LLC
Attn: Toojay's Portfolio Manager
331 S. Wacker Dr., Suite 6400
Chicago, IL 60606

Monroe Capital Corporation
c/o Much Shelist, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Monroe Capital Private Credit Fund I LP
c/o Monroe Capital LLC
Attn: TooJay's Portfolio Manager
331 S. Wacker Dr.; Ste 6400
Chicago, IL 60606

Monroe Capital Private Credit Fund I LP
c/o Much, Shlist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr.; Suite 1800
Chicago, IL 60606

Monroe Capital Private Credit Fund II Unleveraged) LP
c/o Monroe Capital
331 S. Wacker Dr., Ste 6400
Chicago, IL 60606

Monroe Capital Private Credit Fund II Unleveraged) LP
c/o Much Shelist, P.C.
191 N. Wacker Dr., Ste 1800
Chicago, IL 60606

Monroe Capital Private Credit Fund II LP
c/o Monroe Capital LLC
Attn: TooJay's Portfolio Manager
331 S. Wacker Dr., Suite 6400
Chicago, IL 60606

Monroe Capital Private Credit Fund II LP
c/o Much Shelist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606

Monroe Capital Private Credit Fund III Unleverage) LP
c/o Monroe Capital LLC
331 S. Wacker Dr., Ste 6400
Chicago, IL 60606

Monroe Capital Private Credit Fund III
Unleveraged) LP
c/o Much Shelist, P.C.
191 N. Wacker Dr.; Ste 1800
Chicago, IL 60606

Monroe Capital Private Credit Fund III L
c/o Monroe Capital LLC
331 S. Wacker Dr., Ste 6400
Chicago, IL 60606

Monroe Capital Private Credit Fund III L
c/o Much Shelist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr., Ste 1800
Chicago, IL 60606

Monroe Private Credit Fund A LP
c/o Monroe Capital LLC
Attn: TooJay's Portfolio Manager
331 S. Wacker Dr.; Ste 6400
Chicago, IL 60606

Monroe Private Credit Fund A LP
c/o Much Shlist, P.C.
Attn: J. Eric Guth
191 N. Wacker Dr.; Ste 1800
Chicago, IL 60606

Weingarten Realty Investors
P.O. Box 924133
Houston, TX 77292